AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

2020 APR 30  AM 11: 52

CLERK

BY _____ LAW
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:20-mj-56-1 |
| OCTAVIUS ALLEN-NAPIER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 12, 2018 _____ in the county of _____ Chittenden _____ in the
_____ District of _____ Vermont _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Knowing possession, in or affecting commerce, of a firearm by a person who knows he has been convicted of a felony offense |
| 18 U.S.C. 922(k) | Knowing possession of a firearm with an obliterated serial number which has been shipped or transported in interstate or foreign commerce |

This criminal complaint is based on these facts:

See Attached Affidavi

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samuel Brown, SA ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/30/2020 _____

_____
*Judge's signature*

City and state: _____ Burlington, Vermont _____

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*